In re BLOCK BOUNDED BY CHAUNCEY AND MARION STREETS AND HOPKINSON AND ROCKAWAY AVENUES IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) In the matter of acquiring title by the city of New York, to certain land, etc., sit-

uated in the block bounded by Chauncey and Marion streets and Hopkinson and Rockaway avenues, in the borough of Brooklyn, etc.

PER CURIAM. Motion to stay granted, on condition that within the time specified the said Delia A. Finnigan execute and file an undertaking, to be approved by a justice of this court, which would be sufficient to stay proceedings upon an appeal from a judgment for a like amount; otherwise, motion denied, with costs. See, also, 140 N. Y. Supp. 386; 141 N. Y. Supp. 1110.